IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE MEYER GROUP, LTD., ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> JAMES M. RAYBORN *et al.*, ) <br> ) <br> *Defendants*. ) <br> ) | Case No. 19-cv-1945 <br><br> JURY TRIAL DEMANDED |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Pursuant to Rule 6 and 16 of the Federal Rules of Civil Procedure, Plaintiff The Meyer Group, Ltd. And Defendants James M. Rayborn and Broad Street Realty, LLC (the "parties"), by and through undersigned counsel, respectfully request a modification of the November 9, 2020 Scheduling Order (ECF No. 24), and state as follows:

(1) The current Scheduling Order requires the parties to join additional parties and amend pleadings by January 20, 2021; complete written discovery by February 1, 2021; complete all other discovery by March 15, 2021; serve expert reports by April 5, 2021; serve rebuttal reports by April 26, 2021; and complete expert depositions by May 10, 2021. A post-discovery status conference is scheduled for March 16, 2021.

(2) The parties respectfully request that the Court extend the above-referenced deadlines days as follows:

| | |
|---|---|
| Deadline to complete written discovery | March 18, 2021 |
| Deadline to join additional parties and amend pleadings | April 1, 2021 |
| Deadline to complete all other discovery | April 29, 2021 |

1

| Deadline to serve expert reports | May 20, 2021 |
|---|---|
| Deadline to serve rebuttal reports | June 10, 2021 |
| Deadline to complete expert depositions | June 24, 2021 |

(3) The parties further request that the Court stay the status conference originally scheduled for March 16, 2021 until after the completion of discovery.

(4) Good cause exists to extend the above-referenced deadlines in order to allow the parties to exchange additional document discovery before participating in mediation and amending pleadings.  This is the first such request for an extension.

Dated: January 21, 2021                **AEGIS LAW GROUP LLP**

By:   /s/ *Serine Consolino*
Serine R. Consolino (D.C. Bar No. 1033847)
801 Pennsylvania Ave., N.W.
Suite 740
Washington, D.C. 20004
Tel: (202) 737-3500
Fax: (202) 737-3330
sconsolino@aegislawgroup.com

*Counsel for Plaintiff*

**CLARK LAW GROUP, PLLC**

/s/ *Denise M. Clark*
Denise M. Clark (D.C. Bar No. 420480)
Jeremy Greenberg (D.C. Bar No. 1024226)
1100 Connecticut Ave., Suite 920
Washington, D.C. 20036
Telephone: (202) 293-0015
dmclark@benefitcounsel.com
jgreenberg@benefitcounsel.com

*Counsel for Defendant James Rayborn*

**SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.**

 /s/ *Lane Hornfeck*
Lane Hornfeck, Bar No. (D.C. Bar No. 474800)

12505 Park Potomac Avenue
Sixth Floor
Potomac, Maryland 20854
Tel: (301) 230-5200
Fax: (301) 230-2891
lhornfeck@shulmanrogers.com

*Counsel for Defendant Broad Street Realty, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2021, the foregoing document was filed electronically with the Clerk of Court, to be served by operation of the Court's electronic notification system upon all counsel of record.

*/s/ Serine Consolino*
Serine Consolino