THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

THE MEYER GROUP, LTD.,

        Plaintiff,

        v.                                Civil Action No. 19-cv-1945-ABJ

JAMES M. RAYBORN, *et al.*,

        Defendant.

_____

## TABLE OF EXHIBITS

| Exhibit Number | Exhibit Description |
|---|---|
| 1. | Amended Responses to Rayborn's First Set of Interrogatories |
| 2. | William Meyer Deposition Transcript (July 8, 2021) |
| 3. | Jessica McGunnigle Deposition Transcript (May 27, 2021) |
| 4. | James Rayborn Deposition Transcript (June 22, 2021) |
| 5. | TMG's Responses to Rayborn's First Requests for Admission |
| 6. | Email Chain re Rayborn Termination, January 24, 2019, TMG0026320-21 |
| 7. | Email re Your personal belongings, January 29, 2019, Rayborn020823 |
| 8. | Video File going over Rayborn's office taken by Meyer |
| 9. | Email re Keys, February 4, 2019, Rayborn020803 |
| 10. | William Meyer Wage and Hour Deposition Transcript (October 14, 2020) |
| 11. | Haze McCrary Deposition Transcript (June 29, 2021) |
| 12. | Rayborn Independent Contractor Agreement, May 29, 2018 |
| 13. | William Schwartz Deposition Transcript (July 2, 2021) |
| 14. | Chloe Batsch Deposition Transcript (June 25, 2021) |
| 15. | Email re Master Client Reference List, September 28, 2017, Rayborn000036 |
| 16. | Email re Thank You, January 13, 2017, Rayborn000066 |
| 17. | Email re Master Client Reference List, March 13, 2018, Rayborn001051 |
| 18. | Email forwarding Client References, Description Book, and Client Listings, May 16, 2018, Rayborn000225 |
| 19. | Email forwarding Client References, Description Book, and Client Listings, May 16, 2018, Rayborn000299 |

| 20. | Email forwarding Client References, Description Book, and Client Listings, May 17, 2018, Rayborn000530 |
|---|---|
| 21. | Email forwarding Client References, Description Book, and Client Listings, May 17, 2018, Rayborn000939 |
| 22. | Michael Crosman Deposition Transcript (May 17, 2021) |
| 23. | Kirks Expert Report |
| 24. | Kirks Rebuttal |
| 25. | Access Database, March 21, 2019 |
| 26. | Lauren Freligh Deposition Transcript (April 12, 2021) |
| 27. | Ned Goodwin Deposition Transcript (June 15, 2021) |
| 28. | TMG and Cushman-Wakefield Cobroker Agreement |
| 29. | April 20, 2021 Client List |
| 30. | Edward Flenner Deposition Transcript (June 24, 2021) |
| 31. | Edward Flenner Wage and Hour Deposition Transcript (October 20, 2020) |
| 32. | Edward Flenner Independent Contractor Agreement |
| 33. | James Rayborn Wage and Hour Deposition Transcript |
| 34. | Integral Costar Report |
| 35. | Integral Website Information |
| 36. | Barnes Vanze Costar Report |
| 37. | Barnes Vanze Website Information |
| 38. | NENA Costar Report |
| 39. | NENA Website Information |
| 40. | Capital Performance Group Costar Report |
| 41. | CPG Website Information |
| 42. | JSPS TMG Exclusive (April 11, 2014) |
| 43. | AST TMG Exclusive (November 13, 2018) |
| 44. | NENA TMG Exclusive (October 28, 2010) |
| 45. | Integral TMG Exclusive (May 2, 2011) |
| 46. | Barnes Vanze TMG Exclusive (January 14, 2014) |
| 47. | Arms Control Association TMG Exclusive (October 6, 2015) |
| 48. | Georgia Tech Research Institute TMG Exclusive (February 5, 2007) |
| 49. | TATA Sons TMG Exclusive (June 11, 2015) |
| 50. | Environmental Integrity Project TMG Exclusive (December 3, 2009) |
| 51. | American Academy of HIV Medicine TMG Exclusive (July 17, 2013) |
| 52. | Steel Manufacturer's Association TMG Exclusive (September 30, 2014) |
| 53. | Video Action TMG Exclusive (April 16, 2014) |
| 54. | American Osteopathic Association TMG Exclusive (July 7, 2017) |
| 55. | AMFAR TMG Exclusive (May 6, 2014) |
| 56. | (Omitted) |
| 57. | NHP TMG Exclusive (August 27, 2014) |

| | |
|---|---|
| 58. | American Academy of HIV Medicine BSR Exclusive, BSR0056578 |
| 59. | Email forwarding Video Action, October 11, 2019, BSR0053415 |
| 60. | Email re Terminate Exclusive Agreement, July 16, 2020, BSR0029953 |
| 61. | Email re AS&T Rep Letter, August 4, 2020, BSR0064212 |
| 62. | (Omitted) |
| 63. | Email re Cancellation of Agreement, March 17, 2019, TMG0003240 |
| 64. | NENA BSR Exclusive (March 18, 2019) |
| 65. | Email re January 29 at Noon, January 29, 2019, TMG0009230 |
| 66. | Email re Change of Representation, January 30, 2019, TMG0003043 |
| 67. | Integral BSR Exclusive (February 1, 2019) |
| 68. | Barnes Vanze BSR Exclusive (February 25, 2019) |
| 69. | Email re No Subject, March 17, 2019, Rayborn000032 |
| 70. | Email re Letter Agreement – Broad Street & Arms Control, January 13, 2020, BSR0055436 |
| 71. | Email re GTARC Real Estate Services RFP/RFQ Response – Broad Street, May 20, 2020, BSR0013643 |
| 72. | TATA Sons BSR Market Survey |
| 73. | Environmental Integrity Project BSR Exclusive (May 1, 2020) |
| 74. | Steel Manufacturer's Association BSR Exclusive (February 11, 2021) |
| 75. | Capital Performance Group TMG Exclusive (July 16, 2013) |
| 76. | Capital Performance Group BSR Exclusive (February 13, 2019) |
| 77. | Edward Flenner Text Messages, Rayborn020702 |
| 78. | Email re D+R Lease, January 29, 2021, MEYERGROUP0006959 |
| 79. | Wiencek Associates BSR Exclusive (March 27, 2020) |
| 80. | Douglas Patin Deposition Transcript (June 14, 2021) |
| 81. | Email re Meetings, January 8, 2019, Rayborn017891 |
| 82. | Email forwarding Liberty Place Proposal – Sonecon, January 17, 2018, Rayborn014535 |
| 83. | Email forwarding Voorthuis Proposal, April 5, 2018, TMG0036604 |
| 84. | TMG Client Names with Email Domains (April 29, 2021) |
| 85. | Jessica McGunnigle Independent Contractor Agreements (July 28, 2014 and May 15, 2015) |
| 86. | Gill Expert Report |
| 87. | Gill Deposition |
| 88. | East Expert Report |