## **CERTIFICATE OF SERVICE**

      I, Denise M. Clark, hereby certify that, on November 30, 2021, a true and accurate copy of the foregoing was electronically filed with the Clerk's Office and served using this court's CM/ECF system, which will then serve a notice of electronic filing (NEF) on the judge and the following:

Serine Consolino (1033847)
Aegis Law Group, LLP
801 Pennsylvania Ave., N.W. Suite 740
Washington, D.C. 20004
Tel: (202) 737-3500
Fax: (202) 737-3330
sconsolino@aegislawgroup.com
*Counsel for Plaintiff William Meyer and*
*The Meyer Group*