THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE MEYER GROUP, LTD., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 19-cv-1945-ABJ<br>)<br>) |
| JAMES M. RAYBORN, *et al.*, | )<br>) |
| Defendants. | ) |

### NOTICE OF WITHDRAWAL AS COUNSEL

The Clerk of the Court will withdraw the appearance of Jeremy Greenberg as counsel for Defendant James Rayborn in the above captioned case. Denise M. Clark, who has previously appeared, will remain counsel for Defendant James Rayborn.

Dated: December 15, 2021

Respectfully submitted,

/s/ Jeremy Greenberg
Jeremy Greenberg (1024226)
Clark Law Group, PLLC
1100 Connecticut Ave, N.W.,
Suite 920
Washington, D.C. 20036
(202) 293-0015
jgreenberg@benefitcounsel.com
*Counsel for Defendant James Rayborn*

1