IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE MEYER GROUP, LTD., *et al*, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> JAMES M. RAYBORN and ) <br> BROAD STREET REALTY, LLC ) <br> ) <br> *Defendants*. ) <br> _____ ) | Case No. 19-cv-1945-ABJ |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Opposition and Cross-Motion for Partial Summary Judgment, the entire record herein, and upon good cause being shown, it is hereby

**ORDERED** that that Plaintiffs' Motion is **GRANTED**, and

**ORDERED** that Defendant Rayborn is found liable for breach of contract (Count I) with damages to be proven at trial.

**ORDERED** that Defendants' Motion for Summary Judgment is **DENIED** in full.

**IT IS SO ORDERED**.

_____
The Honorable Amy Berman Jackson