**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE MEYER GROUP, LTD. *et al.*, )<br>)<br>   *Plaintiffs*, )<br>)<br>v. )<br>)<br>JAMES M. RAYBORN *et al.*, )<br>)<br>   *Defendants*. )<br>) | Case No. 19-cv-1945 |

**NOTICE OF WITHDRAWAL**

Undersigned counsel Branden Lewiston hereby provides notice of his withdrawal as counsel for Plaintiffs in the above-caption matter. Serine Consolino will continue as counsel for Plaintiffs.

Dated: July 28, 2023                                **AEGIS LAW GROUP LLP**

                                                       By:    /s/ *Branden Lewiston*
                                                                  Serine R. Consolino (D.C. Bar No. 1033847)
                                                                  Branden Lewiston (D.C. Bar No. 252550)
                                                                  801 Pennsylvania Ave., N.W.
                                                                  Suite 740
                                                                  Washington, D.C. 20004
                                                                  Tel: (202) 737-3500
                                                                  Fax: (202) 737-3330
                                                                  sconsolino@aegislawgroup.com
                                                                  blewiston@aegislawgroup.com

                                                                  *Counsel for Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 28, 2023, the foregoing document was filed electronically with the Clerk of Court, to be served by operation of the Court's electronic notification system.

                                              */s/ Branden Lewiston*