**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE MEYER GROUP, LTD.,<br>and WILLIAM J. MEYER,<br><br>*Plaintiffs*,<br><br>v.<br><br>JAMES RAYBORN and BROAD<br>STREET REALTY, LLC,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 19-cv-1945-ABJ |

# NOTICE TO COURT

Pursuant to the Court's September 29, 2023 Minute Order (ECF No. 71), Plaintiffs hereby inform the Court that they do not object to the unsealing of the Court's September 29, 2023 Memorandum Opinion (ECF No. 70).

Dated: October 17, 2023

Respectfully submitted,

**AEGIS LAW GROUP LLP**

By: /s/ *Serine Consolino*
Serine Consolino
801 Pennsylvania Ave., N.W. – Ste. 740
Washington, D.C. 20004
Tel: (202) 737-3500
Fax: (202) 735-5071

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2023 the foregoing was served via the Court's CM/ECF system in the above-captioned case upon all counsel of record.

/s/ *Serine Consolino*